UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL M. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, <br><br> Defendant. | CASE NO. C14-1289-MAT <br><br> ORDER OF REMAND AND JUDGMENT |

This matter comes before the undersigned on remand from the Ninth Circuit Court of Appeals. (Dkts. 20-21.) The Ninth Circuit issued a Memorandum concluding this matter should be remanded to the Commissioner of the Social Security Administration (Commissioner) for further proceedings. (*Id*.) As such, this matter is herein REMANDED to the Commissioner for further administrative proceedings consistent with the Ninth Circuit's decision, judgment is entered for plaintiff, and this case is closed.

DATED this 5th day of June, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1